# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS BRACCIA and | : | CIVIL ACTION |
| KAREN (REISS) BRACCIA, H/W, | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | NO. 08-1370 |
| ARLINGTON CAPITAL MORTGAGE | : | |
| CORPORATION and MARK PONTZ, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 9th Day of November, following a non-jury trial, based on the Findings of Fact and Conclusions of Law in the Court's November 9, 2009 Memorandum, the Court **ENTERS JUDGMENT** in **FAVOR** of defendants Arlington Capital Mortgage Corporation and Mark Pontz and **AGAINST** plaintiffs Nicholas Braccias and Karen Braccia.

BY THE COURT

　　/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**